**PINE NEEDLE APARTMENTS, Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant– Appellant.**

**No. 05–5080.**

United States Court of Appeals, Federal Circuit.

In re VRBIA, INC.

No. 05–1316.

United States Court of Appeals, Federal Circuit.

May 4, 2005.

May 5, 2005.

*ORDER*

Upon consideration of the United States' motion to voluntarily dismiss its appeal pursuant to Fed. R.App. P. 42(b).[1]

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

*ORDER*

Upon consideration of the unopposed motion of VRBIA, Inc. to voluntarily dismiss its appeal of a December 3, 2004 order of the Trademark Trial and Appeal Board,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.

---

**1.** We note that the parties request that this dismissal be without prejudice, however, it is not the practice of this court to dismiss with or without prejudice.